**NORTH BRITISH AND MERCANTILE IN-SURANCE COMPANY, Ltd., et al.**

No. 49070.

Feb. 2, 1968.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

206 So.2d 97

**Eulalie E. COOPER**

v.

**F. C. DOYAL, Jr., Administrator, Division of Employment Security, Department of Labor, State of Louisiana and Delta Airlines, Inc.**

No. 49075.

Feb. 2, 1968.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

206 So.2d 98

**Ruth Parker TURNER**

v.

**CADDO PARISH SCHOOL BOARD, Harold J. and Francine Dumas.**

No. 49021.

Feb. 2, 1968.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.